**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

UNITED STATES OF AMERICA

-vs-                                                                                    Case No.  2:06cr20285-1-Ml

WUILBER RUDILU GALICIA

## ORDER FOR INTERPRETER'S SERVICES

On finding that the services of an interpreter are necessary for interpreting judicial proceedings herein it is, in accordance with the Court Interpreter's Act,

**ORDERED** that an appointed interpreter shall serve at all further judicial proceedings before the Court in this case, with leave to submit claim for compensation therefor at the conclusion of the case on forms provided by the Clerk in accordance with the Act and regulations promulgated thereunder.

**DONE** and **ORDERED** this 27th day of July, 2006.

                                                s/ James H. Allen
                                                JAMES H. ALLEN
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Counsel for Defendant
Financial Unit