Western District of Tennessee

UNITED STATES OF AMERICA

v.

WUILBER RUDILU GALICIA                                             Case No. 2:06-20285-1-Ml

_____

ORDER RELIEVING FEDERAL DEFENDER
_____

The Federal Defender's Office had previously been appointed to represent the defendant in this matter. The defendant appeared before the court on this date for a detention hearing/arraignment with private counsel. As the defendant has retained private counsel to represent him, the Federal Defender's Office is hereby relieved of further representation of this defendant.

SO ORDERED this the 31st day of July, 2006.

                                                s/ James H. Allen_____

                                                UNITED STATES MAGISTRATE JUDGE

            This document entered on the docket sheet in compliance
            with Rule 55 and/or Rule 32(b) FRCrP on _____